UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BOAZ PLEASANT-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number 3:19-CV-486 |
| | ) | District Judge Aleta A. Trauger |
| STATE OF TENNESSEE, | ) | Jury Demand |
| TENNESSEE DEPARTMENT | ) | |
| OF CORRECTION, REVEREND | ) | |
| BRIAN DARNELL, TONY | ) | |
| PARKER and TOM SIMIC | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

On May 26, 2022, Mr. Pleasant-Bey entered into a Settlement Agreement and Release of Liability with the Tennessee Department of Corrections. On February 6, 2024, Mr. Pleasant-Bey filed a Motion to Enforce Settlement Agreement and Permanent Injunction Order alleging that TDOC breached the terms of the Agreement. On February 8, 2024, the Court instructed undersigned counsel to "review this matter and, if appropriate, file appropriate motions about enforcement of the settlement agreement." (Dkt. 110)

After multiple conversations with Mr. Pleasant-Bey and with counsel for TDOC, it appears that the immediate issue has been resolved (at least for the time being) and the issues outlined in Mr. Pleasant-Bey's notice of breach are now moot.

Dated: May 28, 2024

Respectfully submitted,

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (BPR #26014)
Anthony Orlandi (BPR #33988)
**Herzfeld, Suetholz, Gastel, Leniski & Wall, PLLC**
223 Rosa L. Parks Ave., Ste. 300
Nashville, TN 37203
T: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Counsel for Plaintiff Boaz Pleasant-Bey*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2024, a true and correct copy of the foregoing document was served by way of electronic mail upon the following:

DONNA L. GREEN (BPR 019513)
Senior Assistant Attorney General
Managing Attorney Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-6023
Fax: (615) 532-4892
donna.green@ag.tn.gov

*/s/ Tricia Herzfeld*
Tricia Herzfeld